Order issued October 18, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00137-CV

## LORRIE FRAZIN, Appellant

## V.

## MARC AND BENEDICTE SAUTY, Appellees

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-11-00258-C

## O R D E R

The reporter's record is overdue in this appeal. By order dated May 17, 2012, the Court ordered court reporter Janet Wright to file, by June 14, 2012, either the reporter's record, verification no hearings were recorded, or verification that appellant is not indigent and has not paid for the record. To date, Ms. Wright has neither filed the record nor otherwise corresponded with the Court regarding the record. This appeal cannot proceed without the issue of the reporter's record being resolved.

Accordingly, this Court **ORDERS** court reporter Janet Wright to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or paid for the record. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3
George L. Allen, Sr. Courts Building
600 Commerce Str., Fifth Floor
Dallas, Texas 75202

Janet Wright
Official Court Reporter
County Court at Law No. 3
George L. Allen, Sr. Courts Building
600 Commerce Str., Fifth Floor
Dallas, Texas 75202

_____
CAROLYN WRIGHT
CHIEF JUSTICE